IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOE FORCE                                                                                      PLAINTIFF

v.                                    Case No. 4:20-cv-00089 KGB

FARM BUREAU MUTUAL INSURANCE
COMPANY OF ARKANSAS, INC., and
SEBASTIAN COUNTY FARM BUREAU                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that judgment is entered in favor of defendants Farm Bureau Mutual Insurance Company of Arkansas, Inc., and Sebastian County Farm Bureau on plaintiff Joe Force's claims. The relief sought is denied.

So adjudged this 17th day of September, 2021.

_____
Kristine G. Baker
United States District Judge